IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

CIVIL ACTION NO. MDL 875

THIS DOCUMENT RELATES TO:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEROY RANKIN, JR., ET AL.                                          PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 1:99CV548GR

A-BEX CORPORATION, ET AL.                                          DEFENDANTS

## ORDER GRANTING SUMMARY JUDGMENT

AND NOW, this 6th day of March, 2007, upon consideration of the Motion for Summary Judgment of Defendant, A. O. Smith Corporation ("The Defendant" or "A. O. Smith"), the Court finds as follows:

1. The Defendant served a letter motion demanding dismissal of this matter upon all counsel of record;

2. Counsel of record for Plaintiffs failed to oppose the Defendant's demand for a dismissal of this matter; and

3. The Plaintiffs failed to respond to the Defendant's discovery or otherwise come forward with evidence to substantiate that there is a genuine issue of material fact in this matter.

THEREFORE, pursuant to Section 3.II. B of MDL 875 Pretrial Order No.3, and for good cause shown,

IT IS ORDERED that the Motion for Summary Judgment by A. O. Smith Corporation is

GRANTED and summary judgment is hereby entered in favor of A. O. Smith Corporation on all claims asserted by Plaintiffs. All cross-claims asserted against A. O. Smith Corporation are dismissed without prejudice.

ORDERED:

*[signature]* J.

THE HONORABLE JAMES T. GILES

3/6/07

PREPARED AND SUBMITTED BY:

*[signature]*

ALBEN N. HOPKINS, MB #2616 Attorney In Charge
HOPKINS, BARVIÉ & HOPKINS, P.L.L.C.
Attorney for A. O. Smith Corporation
Post Office Box 1510
2701 - 24th Avenue
Gulfport, Mississippi 39501

M:\Asbestos\Jefferson Cty\Rankin, L\AO Smith\P\SF MSJ Order_AO.wpd